Certificate Number: 17082-PAW-DE-039720738

Bankruptcy Case Number: 25-10211



17082-PAW-DE-039720738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2025, at 1:16 o'clock PM MST, WILLIAM P JUDWARE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 1, 2025                    By:      /s/Orsolya K Lazar

                                        Name:    Orsolya K Lazar

                                        Title:   Executive Director