Certificate Number: 17082-PAW-DE-039720739

Bankruptcy Case Number: 25-10211



17082-PAW-DE-039720739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2025, at 1:16 o'clock PM MST, JOY M JUDWARE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 1, 2025            By:   /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director