**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William P. Judware | Social Security number or ITIN  xxx–xx–7510 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joy M. Judware | Social Security number or ITIN  xxx–xx–4922 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  25–10211–GLT | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William P. Judware                                       Joy M. Judware

7/16/25                                                         **By the court:**   Gregory L Taddonio
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10211-GLT |
| William P. Judware | Chapter 7 |
| Joy M. Judware | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P. Judware, Joy M. Judware, 120 Brent Avenue, Erie, PA 16509-5203 |
| 16523974 | + | Ace Industrial Supply, Inc., 7535 N. San Fernando Blvd., Burbank, CA 91505-1044 |
| 16523975 | + | Advantage Plus, 13400 Bishop s Lane, Suite 280, Brookfield, WI 53005-6237 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | Jul 17 2025 04:09:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 17 2025 04:09:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16523977 | + | EDI: GMACFS.COM | Jul 17 2025 04:09:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16523976 | + | EDI: GMACFS.COM | Jul 17 2025 04:09:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 16523979 | + | Email/Text: bncnotifications@pheaa.org | Jul 17 2025 00:19:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 16523978 | + | Email/Text: bncnotifications@pheaa.org | Jul 17 2025 00:19:00 | American Education Services, Pob 61047, Harrisburg, PA 17106-1047 |
| 16523980 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16523982 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2025 00:48:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 16523983 | + | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Cap1/kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16523984 | + | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 16523989 | + | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16523986 | + | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| District/off: 0315-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 16523991 | + | EDI: CAPONEAUTO.COM | Jul 17 2025 04:09:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 16523992 | + | EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One/Kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16523993 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 16523994 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16523995 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 16523997 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16523996 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16523998 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16523999 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 16524000 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16524001 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 16524002 | + | EDI: CITICORP | Jul 17 2025 04:09:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16524004 | + | EDI: WFNNB.COM | Jul 17 2025 04:09:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 16524003 | + | EDI: WFNNB.COM | Jul 17 2025 04:09:00 | Comenity/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 16524005 | + | EDI: DISCOVER | Jul 17 2025 04:09:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16524007 | + | EDI: DISCOVER | Jul 17 2025 04:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16524010 | + | Email/Text: kslater@eriefcu.org | Jul 17 2025 00:19:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 16524009 | + | Email/Text: kslater@eriefcu.org | Jul 17 2025 00:19:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 16524011 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 17 2025 00:18:00 | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 16524012 | | EDI: IRS.COM | Jul 17 2025 04:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16524014 | | Email/Text: camanagement@mtb.com | Jul 17 2025 00:19:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16524013 | | Email/Text: camanagement@mtb.com | Jul 17 2025 00:19:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 16524015 | + | Email/Text: ptacct@mch1.org | Jul 17 2025 00:19:00 | Millcreek Hospital, 5515 Peach Street, Attn: Billing, Erie, PA 16509-2695 |
| 16524017 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2025 00:34:52 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los |

Case 25-10211-GLT   Doc 18   Filed 07/18/25   Entered 07/19/25 00:34:47   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Angeles, CA 90051-4387 |
| 16524016 | + | Email/PDF: ebnotices@pnmac.com | Jul 17 2025 00:34:18 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16524018 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Syncb/Cheapoair Dc, Po Box 71746, Philadelphia, PA 19176-1746 |
| 16524019 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Syncb/cheapoair Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524020 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16524021 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524023 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524022 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 16524024 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524025 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 16524027 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524031 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524029 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16524033 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Paypal, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16524035 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524034 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16524036 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 16524037 | + | EDI: SYNC | Jul 17 2025 04:09:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 16524038 | | EDI: USBANKARS.COM | Jul 17 2025 04:09:00 | US Bank, 4325 17th Avenue, Fargo, ND 58125 |
| 16524039 | | EDI: USBANKARS.COM | Jul 17 2025 04:09:00 | US Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 16524040 | | EDI: USBANKARS.COM | Jul 17 2025 04:09:00 | US Bank, Cb Disputes, Saint Louis, MO 63166 |
| 16524042 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 17 2025 00:34:39 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 16524041 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 17 2025 00:34:40 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 63 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| aty | *+ | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| 16523981 | *+ | Amex, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 16523985 | *+ | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 16523990 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16523987 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16523988 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16524006 | *+ | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16524008 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 16524026 | *+ | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |
| 16524028 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524032 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16524030 | *+ | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Kenneth Steidl | on behalf of Debtor William P. Judware julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Joy M. Judware julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6